## UNITED STATES *versus* JOHN, AN INDIAN. 

JOURNAL ENTRIES: [None]

PAPERS IN FILE (1821): (1) Affidavit of Daniel Curtis, Captain, Second Regiment, United States Infantry; (2) warrant for arrest, return; (3) incomplete subpoena; (4) commitment. *File No. . . . .*